UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRAHIM LOULY,

                  Petitioner,                                   Case Number 26-10297

v.                                                Honorable David M. Lawson

KEVIN RAYCRAFT, TODD LYONS,
and KRISTI NOEM,

                  Respondents.

_____/

## ORDER GRANTING STIPULATION EXTENDING RESPONSE DATE

The parties have filed a stipulation seeking to extend the respondents' deadline to the petitioner's petition for a writ of habeas corpus under Federal Rule of Civil Procedure 6(b)(1)(A). The parties represent that recent activity in collateral immigration proceedings may result in the petitioner's release from custody without needing further litigation in this Court. The Court has considered the stipulation and finds that it should be granted.

Accordingly, it is **ORDERED** that the parties' stipulation (ECF No. 4) is **GRANTED**.

It is further **ORDERED** that the respondents' deadline to respond to the petition for a writ of habeas corpus is extended to **March 20, 2026**.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:  March 18, 2026