UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRAHIM LOULY,

                    Petitioner,                            Case Number 26-10297

v.                                            Honorable David M. Lawson

KEVIN RAYCRAFT, TODD LYONS,
and KRISTI NOEM,

                    Respondents.
_____/

## ORDER OF DISMISSAL

On March 19, 2026, the parties filed a stipulation to dismiss the case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court has considered the stipulation and finds that it should be granted.

Accordingly, it is **ORDERED** that the parties' stipulation to dismiss (ECF No. 6) is **GRANTED**.

It is further **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Date:  March 23, 2026